MARILYN J. SINGER
McNeal, Schick, Archibald, & Biro Co., L.P.A.
123 West Prospect Avenue, Suite 250
Cleveland, Ohio 44115
216-621-9870
Fax: 216-522-1112
Email: mjs@msablaw.com
*Attorney for Defendants Consolidated World Travel, Inc.
d/b/a Holiday Cruise Line and Donna Higgins*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO-EASTERN DIVISION

| | |
|---|---|
| TYLER W. KAHLER,<br>    Plaintiffs,<br><br>vs.<br><br>CONSOLIDATED WORLD TRAVEL, INC.<br>d/b/a HOLIDAY CRUISE LINE and<br>DONNA HIGGINS,<br>    Defendants. | Case No. 5:15-cv-02271<br><br><br><br><br>**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

Pursuant to 28 U.S.C. § 1746, I, Roy Taub, Esq., declare as follows:

1. My full name is Roy Taub.

2. I am a Senior Counsel with the law firm of Greenspoon Marder, P.A.

3. I practice under the following firm name or letterhead:

    Greenspoon Marder, P.A.
    200 East Broward Boulevard
    Suite 1800
    Fort Lauderdale, Florida 33301
    Telephone Number: (954) 491-1120
    Facsimile: (954) 213-0140
    Email address: roy.taub@gmlaw.com

24526202v2

4. I submit this declaration in support of my Motion for Admission to Practice Pro Hac Vice in the above captioned matter.

5. I was admitted to practice in the Florida State Court on May 5, 2015. My Florida Bar Registration number is 116263. Attached hereto is a copy of the Certificate of Good Standing from the Florida Bar.

6. I was admitted to practice in the New York State Court on July 11, 2005. My New York Bar Registration number is 4339354. Attached hereto is a copy of the Certificate of Good Standing from the New York Bar.

7. There are no pending disciplinary proceedings against me in any court, department, bureau or commission of any State or the United States, nor have I ever been disbarred or suspended from practice or received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury and of the laws of the United States that the foregoing is true and corrected.

Dated this 17th day of November, 2015.

_____
ROY TAUB, ESQ.

24526202v2



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
www.FLORIDABAR.org

State of Florida )

County of Leon )

In Re: 116263
Roy Taub
200 East Broward Blvd., Ste. 1800
Fort Lauderdale, Florida

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on May 5, 2015.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this _____ day of November, 2015.

Pam Gerard, Manager
Membership Records Dept.
The Florida Bar

PG/CL/ssM9/R10

### Appellate Division of the Supreme Court of the State of New York
### First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## ROY TAUB

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on July 11, 2005, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on
November 12, 2015

*Susanna Rojas*
Clerk of the Court

3483