UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **TYLER W. KAHLER** | ) | Case No.: 5:15-CV-02271 |
| Plaintiff, | ) | |
| -VS- | ) | |
| **CONSOLIDATED WORLD TRAVEL, INC.** **d/b/a HOLIDAY CRUISE LINE and DONNA HIGGINS** | ) | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| Defendants. | ) | |

Now comes Plaintiff Tyler W. Kahler and, pursuant to Civ. R. 41(a)(1)(A)(i), voluntarily dismisses, without prejudice, the claims set forth in the Ohio Small Claims Complaint against Defendants Consolidated World Travel, Inc. d/b/a Holiday Cruise Line and Donna Higgins. By this, all claims against all Defendants are voluntarily dismissed without prejudice.

Respectfully submitted,

*/s Tyler W. Kahler*_____
Tyler W. Kahler (0085932)
P.O. Box 35697
Canton, Ohio 44735
Tel: (330) 244-4200
Fax: (330) 244-4204
tyler@kahlerlawoffice.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 24, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

MCNEAL, SCHICK, ARCHIBALD, & BIRO CO., L.P.A.
Marilyn J. Singer, Esq. (0009017)
Van Sweringen Arcade
123 West Prospect Avenue, Suite 250
Cleveland, Ohio 44115
mjs@msablaw.com

GREENSPOON MARDER, P.A.
Richard W. Epstein
Jeffrey A. Backman
Roy Taub
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
Richard.Epstein@gmlaw.com
Jeffrey.Backman@gmlaw.com
Roy.Taub@gmlaw.com
*Attorneys for Defendants Consolidated World Travel, Inc.*
*d/b/a Holiday Cruise Line and Donna Higgins*

                                                                                 */s Tyler W. Kahler*_____
                                                                                 Tyler W. Kahler (0085932)