It is so ORDERED.

/s/ John R. Adams
U.S. District Court Judge
11/23/15

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **TYLER W. KAHLER** | ) | **Case No.: 5:15-CV-02271** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **-VS-** | ) | |
| | ) | |
| **CONSOLIDATED WORLD TRAVEL, INC.** | ) | **NOTICE OF VOLUNTARY** |
| **d/b/a HOLIDAY CRUISE LINE and DONNA** | ) | **DISMISSAL WITHOUT** |
| **HIGGINS** | ) | **PREJUDICE** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

Now comes Plaintiff Tyler W. Kahler and, pursuant to Civ. R. 41(a)(1)(A)(i), voluntarily dismisses, without prejudice, the claims set forth in the Ohio Small Claims Complaint against Defendants Consolidated World Travel, Inc. d/b/a Holiday Cruise Line and Donna Higgins.  By this, all claims against all Defendants are voluntarily dismissed without prejudice.

Respectfully submitted,

/s Tyler W. Kahler_____
Tyler W. Kahler (0085932)
P.O. Box 35697
Canton, Ohio 44735
Tel: (330) 244-4200
Fax: (330) 244-4204
tyler@kahlerlawoffice.com